| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Horn, Marian B. | 2. Court or Organization<br><br>United States Court of Federal Claims | 3. Date of Report<br><br>11/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>717 Madison Place NW<br>Washington, DC 20005 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | George Washington University Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | GW Univ. Law School - Teaching | $20,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | DTE Engergy Co. - Pension |
| 2. | 2012 | Patton Boggs LLP - Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 11/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa and Master Card | Credit Card Loans | K |
| 2. | Wells Fargo | Partnership Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 11/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney Wash DC IRA Account | D | Dividend | N | T | | | | | |
| 2. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 3. -Abbott | A | Dividend | K | T | | | | | |
| 4. -Alcoa | A | Dividend | J | T | | | | | |
| 5. -Berkshire Hathaway Inc. CL- B New | | None | L | T | | | | | |
| 6. -Centurylink | A | Dividend | J | T | | | | | |
| 7. -Cisco Sys | A | Dividend | J | T | | | | | |
| 8. -Cohen & Steers Quality Income and Realty Fund | A | Dividend | J | T | | | | | |
| 9. -Ebay | | None | L | T | | | | | |
| 10. -Google | | None | M | T | | | | | |
| 11. -Hospira | | None | J | T | | | | | |
| 12. -IBM | B | Dividend | K | T | | | | | |
| 13. -Interdigital | C | Dividend | L | T | Buy (add'l) | 05/09/12 | J | | |
| 14. -JP Morgan Chase | A | Dividend | J | T | | | | | |
| 15. -Location Base Tech | | None | J | T | | | | | |
| 16. -Merck | A | Dividend | J | T | | | | | |
| 17. -Natural Solutions (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 11/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pfizer | A | Dividend | J | T | | | | | |
| 19. -PSA Inc New (Y) | | | | | | | | | |
| 20. -SPDR Gold Tr. | | None | J | T | | | | | |
| 21. -Wells Fargo | A | Dividend | J | T | | | | | |
| 22. Morgan Stanley Smith Barney Wash DC PM IRA Account | A | Dividend | M | T | | | | | |
| 23. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | M | T | | | | | |
| 24. -Sprint Nextel Corp | A | Dividend | | | Sold | 12/21/12 | J | | |
| 25. -Time Warner | A | Dividend | | | Sold | 12/27/12 | J | D | |
| 26. -Time Warner Cable | A | Dividend | | | Sold | 12/27/12 | J | A | |
| 27. -Ford | A | Dividend | | | Sold | 12/21/12 | K | E | |
| 28. -Dinequity | | None | | | Sold | 12/21/12 | K | E | |
| 29. -Travelers Co. | A | Dividend | | | Sold | 12/21/12 | J | B | |
| 30. -General Electric | A | Dividend | | | Sold | 12/21/12 | J | C | |
| 31. -Intel | A | Dividend | | | Sold | 12/21/12 | J | | |
| 32. -Intl Business Machines Corp | B | Dividend | K | T | Sold (part) | 12/21/12 | K | E | |
| 33. -Norfolk Southern Corp | A | Dividend | | | Sold | 12/21/12 | J | C | |
| 34. -Highmark Large Cap Growth Fund | | None | | | Sold | 12/24/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 11/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Highmark NYSE Tech 100 Index Fund | | None | | | Sold | 12/24/12 | L | E | |
| 36. -America on Line (X) | A | Dividend | | | Sold | 12/21/12 | J | A | |
| 37. -Citi Group | A | Dividend | | | Sold | 12/21/12 | J | | |
| 38. -Fannie Mae | | None | | | Sold | 12/21/12 | J | | |
| 39. -Level 3 Comm | | None | | | Sold | 12/21/12 | J | | |
| 40. -Mechanical Tech Inc. | | None | | | Sold | 12/21/12 | J | | |
| 41. -Nokia | A | Dividend | | | Sold | 12/21/12 | J | | |
| 42. -Nortel Networks | | None | | | Sold | 12/21/12 | J | | |
| 43. -Plug Power Inc | | None | | | Sold | 12/21/12 | J | | |
| 44. 2nd Smith Barney IRA Account | A | Dividend | K | T | | | | | |
| 45. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 46. -Blackrock Global Energy and Resources | A | Dividend | J | T | | | | | |
| 47. -DTE Energy | A | Dividend | J | T | | | | | |
| 48. - Ebay | | None | K | T | | | | | |
| 49. -Templeton Emerg Markets Fund | A | Dividend | J | T | | | | | |
| 50. (H) Morgan Stanley Smith Barney Brokerage Account | D | Int./Div. | N | T | | | | | |
| 51. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 11/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Alcatel-Lucent (X) | | None | | | Sold | 10/05/12 | J | | |
| 53. -Blackrock MuniEnhanced FD Inc (X) | B | Interest | | | Sold | 10/09/12 | K | B | |
| 54. -CBS Corp Cl B (X) | A | Dividend | K | T | | | | | |
| 55. -CEF Invesco Value (X) | | None | J | T | | | | | |
| 56. -Citigroup Inc (X) | A | Dividend | | | Sold | 10/05/12 | J | A | |
| 57. -Cohen & Steers Qual Inc Rlty Trust Fund (X) | A | Dividend | | | Sold | 12/27/12 | K | | |
| 58. -Comcast Corp Class A (X) | A | Dividend | | | Sold | 10/05/12 | J | A | |
| 59. -Conoco Phillips (X) | A | Dividend | J | T | | | | | |
| 60. -Franklin Hi Yield TX FR A (X) | A | Dividend | | | Sold | 10/05/12 | K | A | |
| 61. -Franklin Insured TX FR A (X) | A | Dividend | L | T | | | | | |
| 62. -Franklin MD TX-FR A (X) | A | Dividend | | | Sold | 10/02/12 | K | A | |
| 63. -Frontier Communications Corp (X) | A | Dividend | | | Sold | 10/05/12 | J | A | |
| 64. -Genon Energy Inc Com (X) | | None | | | Sold | 10/05/12 | J | | |
| 65. -Group Cap 1 (X part) | A | Dividend | J | T | Sold (part) | 07/12/12 | J | | |
| 66. -Invesco Value Municipal Income (X) | A | Dividend | K | T | | | | | |
| 67. -Invesco VK High Yield muni A (X) | A | Dividend | K | T | | | | | |
| 68. -Mirant Corp Esc (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 11/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Morgan Stanley Cap Trust (X) | A | Interest | J | T | | | | | |
| 70. -NCR Corp (X) | | None | | | Sold | 10/05/12 | J | | |
| 71. -Norfolk Southern Corp (X) | B | Dividend | | | Sold | 10/05/12 | K | | |
| 72. -Nuveen Municipal Value FD (X) | B | Interest | L | T | | | | | |
| 73. -Phillips 66 Com (X) | A | Dividend | J | T | | | | | |
| 74. -Southern Co (X) | A | Dividend | K | T | | | | | |
| 75. -SPDR Gold Tr Gold SHS | | None | K | T | Buy | 12/27/12 | K | | |
| 76. -Teradata Corp (X) | | None | | | Sold | 10/05/12 | J | A | |
| 77. -Unit IMIT Municipal Insured Long Term Series 223 MPS (X) | A | Interest | J | T | | | | | |
| 78. -Unit IMIT Municipal Insured Long Term Series 454 MPS (X) | A | Interest | J | T | | | | | |
| 79. -Unit IMIT Municipal Insured Long Term Series 474 MPS (X) | A | Interest | J | T | | | | | |
| 80. -Unit IMIT Municipal Insured Long Term Series 476 MPS (X) | A | Interest | K | T | | | | | |
| 81. -Verizon Communications (X) | A | Dividend | J | T | | | | | |
| 82. -Viacom Inc New Class B (X) | A | Dividend | K | T | | | | | |
| 83. -Wells Fargo Muni Bond A (X) | A | Dividend | | | Sold | 10/05/12 | K | A | |
| 84. -WGL Hldgs INC (X) | A | Dividend | J | T | | | | | |
| 85. Joint Account with Mother-in-Law M&T Bank (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Horn, Marian B. | 11/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Stamp Collection | | None | K | T | | | | | |
| 87. Residential Property, Washington, DC | D | Rent | N | W | | | | | |
| 88. Residential Property, Washington, DC (X) | | None | N | W | | | | | |
| 89. Patton Boggs 401k | C | Int./Div. | M | T | | | | | |
| 90. -Berkshire Hathaway Inc Del CLB | A | Dividend | M | T | | | | | |
| 91. -M&I Stable PPL fund | A | Interest | J | T | | | | | |
| 92. -Marshall Prime Money Market CLI | A | Interest | K | T | | | | | |
| 93. The Carbon Project | | None | K | T | | | | | |
| 94. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 11/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following assets: Natural Solutions Co. and PSA Inc. New were either bought, sold or retained in 2012.  This report does not make reference to them because at the time of the transaction or if they were held, their values were lower than the threshold requiring that they be reported seperately.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Marian B. Horn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544